## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL HOUSING FINANCE** | ) |
| **AGENCY,** | ) |
| Office of General Counsel | ) |
| 400 7TH Street, SW | ) |
| Washington, D.C. 20219 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.     Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. brings this suit to force Defendant FEDERAL HOUSING FINANCE AGENCY ("FHFA") to produce records regarding the failure of Silicon Valley Bank and Signature Bank and other regards pertaining to supervision of financial institutions.

## PARTIES

2.     Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.     Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.      Defendant FEDERAL HOUSING FINANCE AGENCY ("FHFA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 31, 2023 FOIA REQUEST TO FHFA

7.      On March 31, 2023, Plaintiffs submitted the following FOIA request to FHFA for various records referencing the failure of Silicon Valley Bank and Signature Bank and the supervision of financial institutions:

1. Copies of the FHFA's internal rating system identifying safety and soundness for each individual FHLB bank. The timeframe for this part of the request is January 1, 2018 through the date the search for responsive records is conducted.

2. Copies of quarterly supervisory reports. The timeframe for this part of the request is January 1, 2018 through the date the search for responsive records is conducted.

3. Emails, text messages, memos and letters, referencing Silvergate Bank, Signature Bank and Silicon Valley Bank. Please be sure the search for responsive records includes any correspondence sent to state officials, such as Governor Gavin Newsom or anyone on his staff.

Please search the following offices for responsive records from custodians that includes the heads of each off and personnel GS-15 and above: Office of the Director, Division of Accounting and Financial Standards, Division of Bank Regulation, Division of Conservatorship Oversight and Readiness, Division of Enterprise Regulation, Division of Research and Statistics, Office of the General Counsel.

I will appeal any response that attempts to suggest this request is too broad. The FOIA requires a requester reasonably describe the records they are seeking and I have done so here. I am not seeking personal financial information Moreover, DOJ OIP has issued new guidance today governing Reasonably Foreseeable Harm, the presumption of openness, and discretionary disclosures Please see to it that the

agency's FOIA officers abide by this new guidance and err on the side of disclosure. You may omit news clippings, press releases, and any documents that contain a rundown of news coverage.

8.     A true and correct copy of the original FOIA request is attached as Exhibit 1.

9.     On April 3, 2023, FHFA acknowledged receipt of the FOIA request and assigned reference number 2023-FOIA-019 to the matter.

10.     A true and correct copy of FHFA's acknowledgement letter is attached as Exhibit 2.

11.     FHFA did not send any further correspondence to Plaintiffs regarding this request.

12.     As of the date of this filing, FHFA has not issued a determination and has not produced any records.

## COUNT I – FHFA'S FOIA VIOLATION

1.     The above paragraphs are incorporated by reference.

2.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

3.     Defendant FHFA is a federal agency subject to FOIA.

4.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

5.     Defendant FHFA has failed to conduct a reasonable search for records responsive to the request.

6.     Defendant FHFA has failed to issue a complete determination within the statutory deadline.

7.     Defendant FHFA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs asks the Court to:

i.      declare that Defendant has violated FOIA;

ii.     order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin Defendant from withholding non-exempt public records under FOIA;

iv.     award Plaintiffs attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.

Dated: July 5, 2023

                                    RESPECTFULLY SUBMITTED,

                                    */s/ Matthew V. Topic*

                                    Attorneys for Plaintiffs
                                    JASON LEOPOLD,
                                    BLOOMBERG L.P.

                                    Matthew Topic, D.C. Bar No. IL0037
                                    Stephen Stich Match, D.C. Bar No. MA0044
                                    Merrick Wayne, D.C. Bar No. IL0058
                                    LOEVY & LOEVY
                                    311 North Aberdeen, 3rd Floor
                                    Chicago, IL 60607
                                    312-243-5900
                                    foia@loevy.com